Opinion filed November 12, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00313-CV

_____

## DONNY LEE BRETZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-17,040**

## MEMORANDUM OPINION ON MOTION FOR RECONSIDERATION

Appellant, Donny Lee Bretz, has filed a motion for reconsideration wherein he alleges that the judgment of the court of appeals in the direct appeal of his original conviction "altered the original District Court's judgement [sic] and sentence by removing the fine all together [sic] in its final decision." However, Appellant has not included either the opinion or the judgment issued by the Eighth Court of

Appeals[1] in Cause No. 08-85-00231-CR, styled *Donny Lee Bretz v. State of Texas*. Furthermore, the Eighth Court of Appeals's opinion and judgment in the direct appeal is not readily available for our consideration. We note, however, that the online information from the Eighth Court of Appeals indicates that the punishment assessed was "99 yrs. + fine of $10,000" and that the court "affirmed" the conviction and punishment. Accordingly, we deny Appellant's motion for reconsideration.

JOHN M. BAILEY

JUSTICE

November 12, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]Contrary to Appellant's assertion, the Eighth Court of Appeals in El Paso decided the direct appeal of his original conviction rather than this court.